**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                              **Telephone 212-349-0230**

**By Email and ECF**

October 13, 2025

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    United States v. Majestine Foster
       13 Cr. 827 (KMK)

Dear Judge Karas:

This letter is respectfully submitted to advise Your Honor of the status of Mr. Foster's new case and to request that I be relieved as counsel for Mr. Foster at the next conference on this matter, which is currently scheduled for Thursday, October 16, 2025.

**New Case Status**

On October 3, 2025, Mr. Foster was presented before Magistrate Judge Willis on a three count Complaint, docket number 25 MJ 3004. A copy of the Complaint is attached as Exhibit A. The Complaint charges Mr. Foster with being a felon in possession of a weapon, possession of drugs with intent to distribute and possession of a weapon in relation to a narcotics offense. These charges mirror the violations of supervision alleged in the request for a warrant dated May 15, 2025 that was submitted to Your Honor on the VOSR matter.

The assigned Assistant on the Manhattan case is Daniel Roque. Alain Massena, Esq., was assigned to represent Mr. Foster pursuant to the Criminal Justice Act. Both AUSA Roque and Mr. Massena are copied on this letter.

**Request to be Relieved**

As I stated in my letter dated September 22, 2025, AUSA Carmi Schickler and I agree that having one defense lawyer in both cases makes sense. I respectfully request that I be relieved and that Mr. Massena be assigned to represent Mr. Foster on both matters.

**Hon. Kenneth M. Karas**
United States District Judge
October 13, 2025
Page 2

I confess that, at the time I submitted the September 22nd letter to Your Honor, I was waiting to see who would be assigned to represent Mr. Foster on the new matter before I asked to be relieved. I have had the privilege of previously working with Mr. Massena on another matter. Mr. Foster could not be in better hands.

The primary reason that I believe that I should be relieved is due to the nature of work that I have done with United States Probation Officer Sandra Osman. Over the years, Officer Osman and I have worked together to support Mr. Foster. We have formed, despite the current charges, an effective therapeutic team to address Mr. Foster's mental health issues. Your Honor has heard me praise Officer Osman's efforts every time I have had the opportunity to do so.

It is clear from the filings both in the VOSR and the new case that Officer Osman will be a critical witness for the Government. It is respectfully submitted that Mr. Foster should be represented by counsel who does not have the kind of relationship that Officer Osman and I have developed over the years that we have worked with Mr. Foster.

The Court will address the application, as requested, at the 10/16/25 conference.

So Ordered.

10/14/25

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

cc:    Carmi Schickler
       Assistant United States Attorney

       Daniel Roque
       Assistant United States Attorney

       Sandra Osman
       United States Probation Officer

       Alain V. Massena, Esq.